UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CLAUDIA E. BRICKER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 1:11-cv-00871-MJD-WTL |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

## Judgment

The Court having made its Entry on May 8, 2012,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Claudia Bricker is not entitled to Disability Insurance Benefits or Supplemental Security Income based on her application filed on November 6, 2007, is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the Court's entry pursuant to 42 U.S.C. § 405(g).

So ORDERED

Dated:   05/08/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com